# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>WIN RIVER HOTEL CORPORATION, a California corporation dba Hilton Garden Inn Redding,<br><br>Defendant. | Case No: 2:21-cv-02325-MCE-AC<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Plaintiff's Notice of Voluntary Dismissal, this case is DISMISSED with prejudice. Each party shall bear their own costs and fees, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: January 26, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE